**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHNNY L. BUTLER                                                                         PETITIONER
REG. #12790-076

v.                                            No. 2:08CV00192 JLH/JTR

T.C. OUTLAW, Warden,
FCI Forrest City                                                                          RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

Dated this 9th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE