## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JOHNNY L. BUTLER                                                                                         PETITIONER
REG. #12790-076

v.                                        No. 2:08CV00192 JLH

T.C. OUTLAW, Warden,
FCI Forrest City                                                                                         RESPONDENT

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED WITH PREJUDICE.

DATED this 6th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE